# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO:   ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. John A. Houston

| FROM:  J. Vann, Deputy Clerk | RECEIVED DATE:  January 31, 2020 |
|---|---|
| CASE NO.  3:08-cr-01332-JAH-2 | DOC FILED BY: **Fidel Villarreal** |
| CASE TITLE:  USA v. Villarreal et al | |
| DOCUMENT ENTITLED:  IFP | |

Upon the submission of the attached document(s), the following discrepancies are noted:

FRCvP 15(d) - Supplemental documents require court order;

Date Forwarded:   **January 31, 2020**

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate?  ☐ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date:   February 3, 2020          CHAMBERS OF:   The Honorable John A. Houston

cc: All Parties          By:   /s/ WYH