FIDEL VILLARREAL
PLAINTIFF/PETITIONER/MOVANT'S NAME
#14217-298
PRISON NUMBER

FCI GILMER
PLACE OF CONFINEMENT

P.O. BOX 6000, GLENVILLE, WV 26351
ADDRESS

**FILED**

Feb 03 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____s/ TrishaF____ DEPUTY

NUNC PRO TUNC
Jan 31 2020

# United States District Court
## Southern District Of California

FIDEL VILLAREAL _____,

   Plaintiff/Petitioner/Movant

   v.

UNITED STATES OF AMERICA _____,

   Defendant/Respondent

Civil No. 3:19-CV-02306-JAH

(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, FIDEL VILLAREAL _____,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**

1. Are you currently incarcerated? ☑ Yes ☐ No  (If "No" go to question 2)

   If "Yes," state the place of your incarceration __FCI GILMER__

   Are you employed at the institution?               ☐ Yes ☑ No

   Do you receive any payment from the institution?   ☐ Yes ☑ No

   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 2/05)                                           I:\Everyone\1983\_IFP-form.wpd

2. Are you currently employed?  ☐ Yes  ☑ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer._____

_____

_____

    b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. INCARCERATED FOR THE

PAST TWELVE YEARS_____

_____

_____

3. In the past twelve months have you received any money from any of the following sources?:

    a. Business, profession or other self-employment     ☐ Yes   ☑ No
    b. Rent payments, royalties interest or dividends     ☐ Yes   ☑ No
    c. Pensions, annuities or life insurance     ☐ Yes   ☑ No
    d. Disability or workers compensation     ☐ Yes   ☑ No
    e. Social Security, disability or other welfare     ☐ Yes   ☑ No
    e. Gifts or inheritances     ☐ Yes   ☑ No
    f. Spousal or child support     ☐ Yes   ☑ No
    g. Any other sources     ☐ Yes   ☑ No

If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month._____

_____

_____

4. Do you have any checking account(s)?  ☐ Yes  ☑ No

    a. Name(s) and address(es) of bank(s):_____
    b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?  ☐ Yes  ☑ No

    a. Name(s) and address(es) of bank(s):_____
    b. Present balance in account(s):_____

6. Do you own an automobile or other motor vehicle?  ☐ Yes  ☑ No

    a. Make:_____ Year:_____ Model:_____
    b. Is it financed? ☐ Yes  ☐ No
    c. If so, what is the amount owed?_____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
☐ Yes  ☑ No
If "Yes" describe the property and state its value._____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support._____N/A_____

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):_____
$250,000 FINE IMPOSED BY U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):___N/A_____

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.___FROM MY PARENTS

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

_1-21-2020_
DATE

_Fidel Villa_
SIGNATURE OF APPLICANT

CIV-67 (Rev. 2/05)                    -3-                    I:\Everyone\1983\_IFP-form.wpd

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement</u>.

---

## PRISON CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant ___Fidel Villarreal___,
(NAME OF INMATE)

___14217 - 298___,
(INMATE'S CDC NUMBER)

has the sum of $ 113.72 (RW) ___ on account to his/her credit at ___FCI Gilmer,___
___Glenville, West Virginia 26351___
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities ___Not Known (RW)___

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ ___50.13 (RW)___.

and the *average monthly deposits* to the applicant's account was $ ___2,197.00 (RW)___.

<u>ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

___1 / 21 / 2020___
DATE

___Ray Watts Jr___
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

___Ray Watts Jr.___
OFFICER'S FULL NAME (PRINTED)

___Trust Fund Supervisor___
OFFICER'S TITLE/RANK

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, <u>FIDEL VILLARREAL    #74217298</u>, request and authorize the agency holding me in
<span style="font-size:smaller">(Name of Prisoner/ CDC No.)</span>
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $350 (civil complaint) or ☑ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

<u>1-21-2020</u>                                  <u>Fidel Villa</u>
DATE                                                    SIGNATURE OF PRISONER

Date: 01/21/2020
Time: 2:33:28 PM

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: GIL

**Start Date:** 07/21/2019
**End Date:** 01/21/2020
**Inmate Reg #:** 14217298
**Account Status:** All
**Institution:** Gilmer FCI

Date: 01/21/2020
Time: 2:33:28 PM

Facility: GIL

**Federal Bureau of Prisons**
**TRUFACS**
**Inmate Statement**
Sensitive But Unclassified

### General Information

| | |
|---|---|
| Inmate Reg#: | 14217298 |
| Inmate Name: | VILLARREAL, FIDEL |
| Current Site Name: | Gilmer FCI |
| Housing Unit: | GIL-B-D |

| | |
|---|---|
| Living Quarter: | B04-130L |
| Arrived From: | SDC |
| Transferred To: | |
| Account Creation Date: | 1/20/2010 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| GIL | 07/21/2019 05:04:23 PM | 33319202 | | | Western Union | $100.00 | | $108.05 |
| GIL | 07/24/2019 06:44:52 AM | 8 | | | Sales | ($84.68) | | $23.37 |
| GIL | 07/27/2019 08:04:12 PM | 33319208 | | | Western Union | $105.00 | | $128.37 |
| GIL | 07/30/2019 05:44:51 PM | TFN0730 | | | Phone Withdrawal | ($6.00) | | $122.37 |
| GIL | 07/31/2019 06:59:47 AM | 18 | | | Sales | ($87.15) | | $35.22 |
| GIL | 07/31/2019 07:02:01 AM | 19 | | | Sales | ($2.70) | | $32.52 |
| GIL | 08/07/2019 06:56:10 AM | 7 | | | Sales | ($29.90) | | $2.62 |
| GIL | 08/08/2019 06:55:54 PM | TL0808 | | | TRUL Withdrawal | ($2.00) | | $0.62 |
| GIL | 08/13/2019 01:04:24 PM | 33319225 | | | Western Union | $100.00 | | $100.62 |
| GIL | 08/14/2019 06:47:23 AM | 13 | | | Sales | ($79.90) | | $20.72 |
| GIL | 08/18/2019 01:04:16 PM | 33319230 | | | Western Union | $100.00 | | $120.72 |
| GIL | 08/18/2019 02:05:45 PM | TL0818 | | | TRUL Withdrawal | ($2.00) | | $118.72 |
| GIL | 08/21/2019 07:00:52 AM | 13 | | | Sales | ($80.60) | | $38.12 |
| GIL | 08/21/2019 08:36:22 PM | TFN0821 | | | Phone Withdrawal | ($12.00) | | $26.12 |
| GIL | 08/27/2019 07:07:01 AM | 33319239 | | | Western Union | $100.00 | | $126.12 |
| GIL | 08/28/2019 06:52:58 AM | 11 | | | Sales | ($86.88) | | $39.24 |
| GIL | 08/28/2019 06:54:43 AM | 12 | | | Sales | ($4.00) | | $35.24 |
| GIL | 08/29/2019 10:50:54 AM | TFN0829 | | | Phone Withdrawal | ($6.00) | | $29.24 |
| GIL | 09/04/2019 11:25:12 AM | TFN0904 | | | Phone Withdrawal | ($4.00) | | $25.24 |
| GIL | 09/09/2019 05:11:34 PM | UFRP0919 | | | FRP Quarterly Pymt | ($25.00) | | $0.24 |
| GIL | 09/10/2019 07:06:06 AM | 33319253 | | | Western Union | $100.00 | | $100.24 |
| GIL | 09/11/2019 07:03:23 AM | 19 | | | Sales | ($90.33) | | $9.91 |
| GIL | 09/22/2019 08:01:43 AM | TFN0922 | | | Phone Withdrawal | ($9.00) | | $0.91 |
| GIL | 09/23/2019 09:04:12 PM | 33419266 | | | Money Gram | $100.00 | | $100.91 |
| GIL | 09/25/2019 06:42:39 AM | 3 | | | Sales | ($87.70) | | $13.21 |

Date: 01/21/2020
Time: 2:33:28 PM

Facility: GIL

**Federal Bureau of Prisons**
**TRUFACS**
**Inmate Statement**
Sensitive But Unclassified

**General Information**

| | | |
|---|---|---|
| Inmate Reg#: | 14217298 | Living Quarter: B04-130L |
| Inmate Name: | VILLARREAL, FIDEL | Arrived From: SDC |
| Current Site Name: | Glimer FCI | Transferred To: |
| Housing Unit: | GIL-B-D | Account Creation Date: 1/20/2010 |

**Transaction Details**

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| GIL | 09/25/2019 08:35:06 PM | TFN0925 | | | Phone Withdrawal | ($7.00) | | $6.21 |
| GIL | 09/28/2019 10:03:37 PM | 33319271 | | | Western Union | $100.00 | | $106.21 |
| GIL | 10/01/2019 01:24:55 PM | 109 | | | Sales | ($70.30) | | $35.91 |
| GIL | 10/02/2019 08:11:34 PM | TFN1002 | | | Phone Withdrawal | ($3.00) | | $32.91 |
| GIL | 10/06/2019 02:04:16 PM | 33319279 | | | Western Union | $71.00 | | $103.91 |
| GIL | 10/08/2019 07:14:12 AM | 4 | | | Sales | ($72.05) | | $31.86 |
| GIL | 10/08/2019 07:17:41 AM | 6 | | | Sales | ($6.20) | | $25.66 |
| GIL | 10/13/2019 07:49:06 PM | TL1013 | | | TRUL Withdrawal | ($2.00) | | $23.66 |
| GIL | 10/14/2019 07:05:21 AM | 33319287 | | | Western Union | $100.00 | | $123.66 |
| GIL | 10/15/2019 06:48:22 AM | 7 | | | Sales | ($77.15) | | $46.51 |
| GIL | 10/15/2019 06:55:30 AM | 9 | | | Sales | ($6.20) | | $40.31 |
| GIL | 10/22/2019 06:44:58 AM | 11 | | | Sales | ($29.15) | | $11.16 |
| GIL | 10/22/2019 08:34:36 AM | TFN1022 | | | Phone Withdrawal | ($11.00) | | $0.16 |
| GIL | 10/27/2019 02:03:38 PM | 33319300 | | | Western Union | $100.00 | | $100.16 |
| GIL | 10/28/2019 10:39:04 AM | TFN1028 | | | Phone Withdrawal | ($10.00) | | $90.16 |
| GIL | 10/29/2019 06:46:31 AM | 12 | | | Sales | ($79.15) | | $11.01 |
| GIL | 11/03/2019 01:04:30 PM | 33319307 | | | Western Union | $100.00 | | $111.01 |
| GIL | 11/04/2019 11:16:23 AM | TFN1104 | | | Phone Withdrawal | ($11.00) | | $100.01 |
| GIL | 11/05/2019 06:56:14 AM | 11 | | | Sales | ($88.70) | | $11.31 |
| GIL | 11/10/2019 02:04:03 PM | 33319314 | | | Western Union | $120.00 | | $131.31 |
| GIL | 11/14/2019 06:46:34 AM | 2 | | | Sales | ($93.40) | | $37.91 |
| GIL | 11/17/2019 02:04:09 PM | 33319321 | | | Western Union | $100.00 | | $137.91 |
| GIL | 11/26/2019 07:24:02 AM | 7 | | | Sales | ($89.85) | | $48.06 |
| GIL | 11/26/2019 10:36:04 AM | TFN1126 | | | Phone Withdrawal | ($12.00) | | $36.06 |
| GIL | 11/30/2019 02:04:19 PM | 33319334 | | | Western Union | $100.00 | | $136.06 |

Date: 01/21/2020
Time: 2:33:28 PM

Facility: GIL

**Federal Bureau of Prisons**
**TRUFACS**
**Inmate Statement**
Sensitive But Unclassified

**General Information**

| Inmate Reg#: | 14217298 | Living Quarter: | B04-130L |
| Inmate Name: | VILLARREAL, FIDEL | Arrived From: | SDC |
| Current Site Name: | Glimer FCI | Transferred To: | |
| Housing Unit: | GIL-B-D | Account Creation Date: | 1/20/2010 |

**Transaction Details**

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| GIL | 12/01/2019 06:48:05 PM | TFN1201 | | | Phone Withdrawal | ($9.00) | | $127.06 |
| GIL | 12/03/2019 07:27:44 AM | 3 | | | Sales | ($87.94) | | $39.12 |
| GIL | 12/06/2019 03:49:55 PM | VFRP1219 | | | FRP Quarterly Pymt | ($25.00) | | $14.12 |
| GIL | 12/09/2019 02:05:02 PM | 33319343 | | | Western Union | $100.00 | | $114.12 |
| GIL | 12/10/2019 06:34:57 AM | 2 | | | Sales | ($93.20) | | $20.92 |
| GIL | 12/10/2019 08:02:47 PM | TFN1210 | | | Phone Withdrawal | ($5.00) | | $15.92 |
| GIL | 12/10/2019 07:05:06 PM | 33319349 | | | Western Union | $100.00 | | $115.92 |
| GIL | 12/15/2019 06:50:20 AM | 2 | | | Sales | ($100.85) | | $15.07 |
| GIL | 12/17/2019 08:45:03 AM | TL1219 | | | TRUL Withdrawal | ($2.00) | | $13.07 |
| GIL | 12/19/2019 08:16:09 PM | TL1221 | | | TRUL Withdrawal | ($2.00) | | $11.07 |
| GIL | 12/21/2019 09:18:08 AM | TFN1222 | | | Phone Withdrawal | ($8.00) | | $3.07 |
| GIL | 12/22/2019 02:04:19 PM | 33319356 | | | Western Union | $100.00 | | $103.07 |
| GIL | 12/22/2019 06:36:49 AM | 7 | | | Sales | ($90.20) | | $12.87 |
| GIL | 12/23/2019 06:40:10 AM | 8 | | | Sales | $7.00 | | $19.87 |
| GIL | 12/23/2019 08:25:07 PM | TFN1223 | | | Phone Withdrawal | ($9.00) | | $10.87 |
| GIL | 12/29/2019 07:05:10 AM | 33319363 | | | Western Union | $100.00 | | $110.87 |
| GIL | 12/30/2019 06:33:05 AM | 5 | | | Sales | ($101.85) | | $9.02 |
| GIL | 01/05/2020 04:04:36 PM | 33320005 | | | Western Union | $101.00 | | $110.02 |
| GIL | 01/09/2020 06:45:36 AM | 8 | | | Sales | ($89.30) | | $20.72 |
| GIL | 01/11/2020 07:05:06 AM | 33320011 | | | Western Union | $100.00 | | $120.72 |
| GIL | 01/15/2020 06:36:11 AM | 2 | | | Sales | ($90.00) | | $30.72 |
| GIL | 01/19/2020 06:36:11 AM | 33320019 | | | Western Union | $100.00 | | $130.72 |
| GIL | 01/20/2020 03:08:37 PM | TFN0120 | | | Phone Withdrawal | ($17.00) | | $113.72 |

| **Total Count:** | **73** | | | | **Totals:** | **$105.67** | **$0.00** | |

Page 4

Date: 01/21/2020
Time: 2:33:28 PM

Facility: GIL

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 14217298 | Living Quarter: | B04-130L |
| Inmate Name: | VILLARREAL, FIDEL | Arrived From: | SDC |
| Current Site Name: | Gilmer FCI | Transferred To: | |
| Housing Unit: | GIL-B-D | Account Creation Date: 1/20/2010 | |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| GIL | $113.72 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $113.72 |
| **Totals:** | **$113.72** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$113.72** |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max. Balance -Prev. 30 Days | Average Balance- Prev. 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $2,197.00 | $2,091.33 | $50.13 | $130.72 | $53.86 N/A | | N/A |



U S District Court
S, District of California
333 W Broadway
Office of Clerk Suite 420
SAN Diego, CA 92101
United States